UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEONARDO MENDOZA-VALENCIA,<br><br>    Defendant. | No. CR 11-00925 ~~EXE~~ LHK<br><br>ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the indictment. The indictment is hereby ordered dismissed without prejudice.

Dated: 11/22/2016

*Lucy H. Koh*
United States District Judge

ORDER OF DISMISSAL
CR 11-00925 EXE